MICHAEL J. GARCIA, CITY ATTORNEY
ANN M. MAURER, CHIEF ASSISTANT CITY ATTORNEY, SBN: 179649
amaurer@glendaleca.gov
ANDREW C. RAWCLIFFE, DEPUTY CITY ATTORNEY, SBN: 259224
arawcliffe@glendaleca.gov
613 E. Broadway, Suite 220
Glendale, CA 91206
Telephone: (818) 548-2080
Facsimile: (818) 547-3402

JS-6

Attorneys for Defendants
ERIC WEBBER, GLENDALE POLICE DEPARTMENT
And CITY OF GLENDALE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN B. LEDGARD,<br><br>                Plaintiff,<br><br>vs.<br><br>ERIC WEBBER, GLENDALE (CA) POLICE DEPARTMENT, CITY OF GLENDALE (CA),<br><br>                Defendants. | Case No.: 10 CV-08273 GW-DTB<br><br>[HON. DAVID T. BRISTOW, MAGISTRATE JUDGE]<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

Based on the Stipulation of the parties, and good cause appearing therefor, the above-captioned matter is hereby dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS SO ORDERED.

Dated: October 6, 2014

_____
Magistrate Judge David T. Bristow
United States District Court

- 1 -